IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN D. CALLOWAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

Case No.  5D22-26
LT Case No. 2017-CF-000751

_____/

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

John D. Calloway, East Palatka, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

        AFFIRMED.


LAMBERT, C.J., HARRIS and NARDELLA, JJ., concur.